# Court of Appeals
# of the State of Georgia

ATLANTA, September 15, 2016

*The Court of Appeals hereby passes the following order*

## A17D0049. MARC WASHINGTON v. MORTCO TRS, LLC f/k/a OPTEUM FINANCIAL SERVICES, L.L.C. A/K/A ORCHID ISLAN TRS, LLC.

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

2013CV227794



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta, September 15, 2016.*

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*